**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OLUBUNMI OBAYEMI** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-435** |
| | : | |
| **NATIONAL BOARD OF MEDICAL EXAMINERS** | : | |

**ORDER**

This 4th day of May, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant National Board of Medical Examiners's Motion to Dismiss, ECF 17, is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff Olubunmi Obayemi's Renewed Motion for a Preliminary Injunction, ECF 21, **DENIED**.

/s/ Gerald Austin McHugh
United States District Judge