**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OLUBUNMI OBAYEMI** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-435** |
| | : | |
| **NATIONAL BOARD OF** | : | |
| **MEDICAL EXAMINERS** | : | |

**ORDER**

This 8th day of May, 2026, it is hereby **ORDERED** that the docket in this action is **SEALED** pending further review by the Court.

/s/ Gerald Austin McHugh
United States District Judge