**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **OLUBUNMI OBAYEMI**<br>**Plaintiff,**<br><br>**v.**<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br>**No. 26-0435** |

**ORDER**

This 9th day of November, 2026, at the mutual request of the parties, it is hereby **ORDERED** that the seal on the docket in this action is lifted except for the following three documents, which are to **remain under seal**:

1. First Amended Complaint, Exhibit A (ECF 15-3)
2. First Amended Complaint, Exhibit B (ECF 15-4)
3. First Amended Complaint, Exhibit V (ECF 15-24)

/s/ Gerald Austin McHugh
United States District Judge